IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN E. PORTER,

    Plaintiff,

vs.                                   3:06cv204/RV/MD

JUSTIN I. REMOL, et al.,

    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 21, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The clerk is directed to correct the docket to reflect that Doc. 1 is a Notice of Removal.

3.    The removal (doc. 1) is DISMISSED as improper, and this case is REMANDED to the Circuit Court of Okaloosa County, Florida.

4.    The clerk is directed to mail a certified copy of the court's order of remand to the clerk of the Circuit Court of Okaloosa County, Florida.

5.    The defendants' motion for Rule 11 sanctions is GRANTED.

**6.     The defendants have fifteen (15) days from the date of this order in which to file with the clerk written verification, in affidavit form, of the reasonable attorneys' fees incurred by them in presenting the Rule 11 motion and as a result of Porter's removal of this case, including any expenses incurred by them in connection with the September 21, 2006 hearing.  Following receipt of such verification, if it is provided, Porter will be given an opportunity to respond no later than fifteen (15) after service of the verification.  The magistrate judge will then prepare a report and recommendation with respect to the amount of the sanction.**

**At Pensacola, Florida, this 20th day of December, 2006.**

                                                          */s/ Roger Vinson*
                                                         **ROGER VINSON**
                                                         **SENIOR UNITED STATES DISTRICT JUDGE**