# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN E. PORTER

    VS                                          CASE NO.  3:06cv204/RV/MD

JUSTIN I. REMOL, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  03/14/2007
Type of Motion/Pleading NOTICE OF SETTLEMENT
Filed by: DEFENDANTS          on 3/14/07       Doc. No. 56
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on _____ Doc. No. _____
                                        on _____ Doc. No. _____
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  14th  day of  March , 2007, that:

(a)   The settlement is accepted.

(b)   The Report and Recommendation of March 1, 2007, is now moot and is not adopted.  The Clerk is directed to close this case.

                                        /s/ *Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.